UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA J. CONKLIN, | |
| Plaintiff, | Civil Action No. 09-1450-NLH |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER** |
| Defendant. | |

**APPEARANCES**:

Robert A. Petruzzelli, Esquire
JACOBS, SCHWALBE & PETRUZZELLI, P.C.
Woodcrest Pavilion
Ten Melrose Avenue - Suite 340
Cherry Hill, NJ 08003

*Attorneys for Plaintiff*

Ralph J. Marra, Jr. Esquire
Acting United States Attorney
    By:  Sheena V. Barr, Esquire
        Special Assistant U.S. Attorney
Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004

*Attorneys for Defendant*

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion to follow; and

    For good cause shown;

    IT IS on this  30th  day of   June  , 2010, hereby

    **ORDERED** that Plaintiff's Appeal is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**.

                                      s/ Noel L. Hillman
                                      HON. NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey